UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

                                    :             INFORMATION

         - v. -                           25 Cr.  544-PMH

                                      :

JOHN TOWERS,

                                    :

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### COUNT ONE
(Sexual Exploitation of a Child)

The United States Attorney charges:

1. From at least on or about July 24, 2018, up to and including at least on or about December 9, 2019, in the Southern District of New York and elsewhere, JOHN TOWERS, the defendant, employed, used, persuaded, induced, enticed, and coerced, and attempted to employ, use, persuade, induce, entice, and coerce, a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, TOWERS placed hidden cameras in a public bathroom in Putnam County, New

York, to surreptitiously record minors, including prepubescent minors, in order to capture sexually-explicit images of the minors, and then transferred the recordings to a hard drive.

(Title 18, United States Code, Sections 2251(a) and (e).)

COUNT TWO

(Possession of Child Pornography)

The United States Attorney further charges:

2.      On or about March 29, 2024, in the Southern District of New York and elsewhere, JOHN TOWERS, the defendant, knowingly possessed, and knowingly accessed with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material containing an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, TOWERS, while in Putnam County, New York, possessed DVDs containing video files he downloaded from the internet depicting prepubescent minors engaging in sexually explicit activity.

(Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)

_____
JAY CLAYTON
United States Attorney