# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**UNITED STATES OF AMERICA,**                    :

                v.                    :                    25 Cr. 544 PMH

                          :

**JOHN TOWERS,**                    :

                          :

            **DEFENDANT.**                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOHN TOWERS,** the above-named defendant, who is accused of violating Title 18, United States Code, Sections and 2251(a) and (e) and 2252A(a)(5)(B) and (b)(2), having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

 

_____
Defendant

X _____
Counsel for Defendant

Date:   White Plains, New York
       November 20, 2025