UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA         :

                           :

v.                         :       **SCHEDULING ORDER**

                           :

JOHN TOWERS,            :       7:25-cr-544 (PMH)

                           :

          Defendant.     :
-------------------------------------------------------------x

       An Initial Conference is scheduled for December 18, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.  The Government shall file a proposed order to exclude time under the Speedy Trial Act.

**SO ORDERED:**

Dated: White Plains, New York
       December 1, 2025

_____
       Philip M. Halpern
       United States District Judge