

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___
(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct E-Mail:  mburke@hwb-lawfirm.com

March 30, 2026

Honorable Phillip Halpern
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Towers*        25 CR 544 (PMH)

Dear Judge Halpern,

I am writing to confirm that the parties have requested that today's conference be adjourned to May 7, 2026 at 12:00 pm for Mr. Towers to enter a plea. Mr. Towers consents to the exclusive of time for this adjournment from the speedy trial calculations.

      Thank you for your consideration.

      Very truly yours,

      HODGES, WALSH & BURKE, LLP

      *Michael K. Burke*

      MICHAEL K. BURKE

CC: Marcia Cohen, Esq.                via ECF
    Assistant United States Attorney