Application granted. The change of plea hearing that was scheduled for March 30, 2026 is adjourned to May 7, 2026 at 12:00 p.m. The parties shall provide the Court with a copy of the plea agreement by May 1, 2026. The Government shall file a proposed order to exclude time under the Speedy Trial Act.

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 31, 2026

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.

March 30, 2026

Honorable Phillip Halpern
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Towers*        25 CR 544 (PMH)

Dear Judge Halpern,

I am writing to confirm that the parties have requested that today's conference be adjourned to May 7, 2026 at 12:00 pm for Mr. Towers to enter a plea. Mr. Towers consents to the exclusive of time for this adjournment from the speedy trial calculations.

     Thank you for your consideration.

Very truly yours,

HODGES, WALSH & BURKE, LLP

*Michael K. Burke*

MICHAEL K. BURKE

CC: Marcia Cohen, Esq.                via ECF
    Assistant United States Attorney