

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
———
(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

Michael K. Burke, Esq.
Direct E-Mail:  mburke@hwb-lawfirm.com

May 6, 2026

Via ECF
Honorable Philip Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    United States v. John Towers
       25 CR 544 (PMH)

Dear Judge Halpern:

    I am writing to confirm that the parties have requested that the conference scheduled for May 7, 2026 be adjourned to May 13, 2026 at 12:00 p.m. for Mr. Towers to enter a plea. Mr. Towers consents to the exclusion of time for this adjournment from the speedy trial calculations.

    Thank you for your consideration.

Respectfully,

*Michael K. Burke*
MICHAEL K. BURKE

Cc:  Assistant United States Attorney Marcia Cohen (via ECF)