Application granted. The change of plea hearing scheduled for May 7, 2026 is adjourned to May 13, 2026 at 12:00 p.m. The Government shall file a proposed order to exclude time under the Speedy Trial Act.

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        May 6, 2026

Michael K. Burke, Esq.
Direct E-Mail:  mburke@hwb-lawfirm.com

May 6, 2026

Via ECF
Honorable Philip Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    United States v. John Towers
       25 CR 544 (PMH)

Dear Judge Halpern:

I am writing to confirm that the parties have requested that the conference scheduled for May 7, 2026 be adjourned to May 13, 2026 at 12:00 p.m. for Mr. Towers to enter a plea. Mr. Towers consents to the exclusion of time for this adjournment from the speedy trial calculations.

Thank you for your consideration.

Respectfully,

*Michael K. Burke*
MICHAEL K. BURKE

Cc:  Assistant United States Attorney Marcia Cohen (via ECF)