UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA                     :
                                             :
v.                                           :      **SCHEDULING ORDER**
                                             :
JOHN TOWERS,                                 :
                                             :        7:25-cr-544 (PMH)
                      Defendant.             :
------------------------------------------------------------x

At the request of Defendant, the change of plea hearing scheduled for May 13, 2026 is adjourned to May 27, 2026 at 10:00 a.m. in Courtroom 520. The Government shall file a proposed order to exclude time under the Speedy Trial Act.

By May 20, 2026, Defendant shall file a letter setting forth his position regarding continued bail pending sentencing. By May 22, 2026, the government shall file a letter in response.

**SO ORDERED:**

Dated: White Plains, New York
         May 13, 2026

_____
Philip M. Halpern
United States District Judge