

## HODGES WALSH & BURKE, LLP
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

———
(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

May 21, 2026

Via ECF
Honorable Philip Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *United States v. John Towers*
       25 CR 544 (PMH)

Dear Judge Halpern:

Defendant John Towers submits this letter in support of his application to remain on bail after his guilty plea pending his sentencing and/or surrender.

Pursuant to 18 U.S.C. §3143 (Release or detention of a defendant pending sentence or appeal) the Court shall order Mr. Towers detained unless the Court finds by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released under sections 3142(b) or (c).

Defendant John Towers has been out on bail and pre-trial supervision without incident for over twenty-four months. At his bail hearing on April 18, 2024 Magistrate Judge Krause found that despite a presumption for detention, there were conditions that could be set to overcome the presumption that adequately addressed flight and dangerousness to the community.

Since May of 2024, John Towers has been engaged in sex offender treatment both in individual and group therapy with Empire State Forensics. (See Ex . A attached) Treatment provider Jennifer Pellegrino reports that Mr. Towers has been actively participating in their outpatient treatment program specializing in problematic sexual behaviors – both individually and in group sessions. He continues to utilize therapy to address mental health, his current sex offense and therapeutic goals. His pre-trial service officer reports that while on supervision there have been

no issues with electronic monitoring or other conditions and he remains compliant and cooperative.[1]

On May 27, 2026, Mr. Towers will be moving forward with a plea to a three count Superceding Information charging him with one count of receipt and distribution of child pornography (18 U.S.C. § 2252A(a)(2)(B)) and two counts of possession of child pornography (18 U.S.C. §2252A(a)(5)(B).

Courts within this district have routinely permitted defendants who plead guilty to receipt or possession of child pornography and who are participating in sex offender specific treatment (such as Mr. Towers) to remain out on bail after a plea. Participation in sex offender treatment programs coupled with no violations while on supervised release have been found to be a sufficient basis to satisfy the clear and convincing standard of extraordinary circumstances to allow the defendants to remain on bail pending sentence. These Courts have correctly found among other things, that there is no sex offender specific treatment that will be provided while awaiting sentencing/surrender and that break in the continuum of care is an important factor in favor of remaining out on bail pending sentence.

These defendants include: *United States v. Leahy,* 09 CR 1211 (CS); *United States v. Robert Avery* 14 CR 827 (CS) *United States v. Oscar Campos* 17 CR 525 (CS); *United States v. Nicholas Szucs* 17 CR 373 (KMK); *United States v. Gary Pamperien* 20 CR 275 (NSR); *United States v. Giovanni Tassone,* 19 CR 910 (NSR); *United States v. John Downey* SCR; *United States v. Brian Fanelli* 14 CR 305(KMK)( a former Chief of Police); *United States v. Jason Pagan* 16 CR 485 (VB); *United States v. Tarquin McCluskey* 07 CR 678 (CM); *United States v, Brian Tisserand* 03 CR 1078; *United States v. Sean Cooper* 05 CR 565 (SCR); *United States v. Monihan* 20 CR 197 (NSR);  and *United States v. Issac Jara* 14 CR 23 (CS).

In light of Mr. Towers successful and continued sex offender specific treatment, the absence of any violations during the two years while on supervised release and electronic monitoring/home confinement, it is respectfully submitted that he does not pose a risk or flight or dangerousness to the community and he should be permitted to remain out on bail pending sentence.

Thank you for your consideration.

Respectfully,

*Michael K. Burke*

MICHAEL K. BURKE

---

[1] John is the sole caretaker for his 94-year-old father whom he lives with. He is his only son and his mother predeceased his father a few years ago. Based on discussions with the government, Mr. Towers is not basing this application on the fact that he is the sole caretaker of his father. The recent consent adjournment was to allow John the attempt to secure a place in an assisted living facility for his father.  Mr. Towers application is based on his treatment and the need for the continuum of care.

Cc: Assistant United States Attorney Marcia Cohen (via ECF)



# Empire State Forensics

Evaluation, Treatment, and Consultation Services

Fortune Building - 280 North Central Avenue - Suite 40 - Hartsdale, NY 10530 (Primary Mailing Address)
Martin Building - 19 West 34th Street - Penthouse - New York, NY 10001
1717 Route 6, Seminary Hill Road Entrance, Suite 202-A, Carmel, NY 10512
1607 Route 300 - Suite 108, Newburgh, NY 12550

May 11th 2026

Michael K. Burke, Esq.
Hodges, Walsh & Burke, LLP
Attorneys at Law
55 Church Street.    Suite 211
White Plains, NY 10601

**Re: John Towers
    DOB: ██/70**

Dear Mr. Burke,

As requested, I am writing to provide a formal updated summary of John Tower's status at Empire State Forensics (ESF), an outpatient treatment program specializing in problematic sexual behavior, since the last update provided in January, 2026. Mr. Towers continues to attend therapy weekly. He attends both individual therapy and a specialized treatment group on a bi-weekly basis. There continues to be no concerns regarding attendance or payment for services. Mr. Towers maintains good attendance and is always on time. Since his intake May 2nd, 2024, he has been absent twice, both for legitimate purposes.

Mr. Towers continues to appear motivated for therapy as he presents as cooperative and actively engaged in both modes of treatment. He remains receptive to group therapy and has been able to form and maintain connections with others in his group. He remains open with group members and receives positive support. He continues to share information about himself as well as provide meaningful and relevant feedback to others. Mr. Towers continues to utilize therapy to address his general mental health, current legal circumstance and his therapeutic goals. Mr. Towers continues to care for his elderly father. His pre-trial officer continues to report that Mr. Towers has been cooperative and compliant.

Please contact me at (914) 222–0351 with any questions or concerns.

Sincerely,

*[signature]*

Jennifer Pellegrino, LMHC



# Empire State Forensics

## Evaluation, Treatment, and Consultation Services

Fortune Building - 280 North Central Avenue - Suite 40 - Hartsdale, NY 10530 (Primary Mailing Address)

Martin Building - 19 West 34th Street - Penthouse - New York, NY 10001

1717 Route 6, Seminary Hill Road Entrance, Suite 202-A, Carmel, NY 10512

1607 Route 300 - Suite 108, Newburgh, NY 12550

January 23, 2026

Michael K. Burke, Esq.
Hodges, Walsh & Burke, LLP
Attorneys at Law
55 Church Street.    Suite 211
White Plains, NY 10601

**Re: John Towers**
   **DOB: 4██70**

Dear Mr. Burke,

As requested, I am writing to provide a formal summary of John Tower's status at Empire State Forensics (ESF), an outpatient treatment program specializing in problematic sexual behavior, since the last update provided June 27th, 2025. Mr. Towers continues to attend therapy weekly. However, as of July 2025, Mr. Towers' individual session frequency was decreased from weekly to bi-weekly and Mr. Towers began attending a specialized treatment group that meets bi-weekly.

There are currently no concerns regarding attendance or payment for services. Mr. Towers attendance has been excellent. Mr. Towers remains motivated for therapy as he presents as cooperative and actively engaged in both modes of treatment. Mr. Towers has been receptive to group therapy and has exhibited the ability to form and maintain connections with others in his group. He has been open with group members and has received positive support. He has been willing to share information about himself as well as provide meaningful and relevant feedback to others. Mr. Towers utilizes therapy to address his general mental health, current legal circumstance and his Good Lives Values. Mr. Towers continues to care for his elderly father and his pre-trial officer has reported that Mr. Towers has been cooperative and compliant.

Please contact me at (914) 222–0351 with any questions or concerns.

Sincerely,

Jennifer Pellegrino, LMHC