UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA      :

      :

v.      :      **SCHEDULING ORDER**

      :

JOHN TOWERS,      :      7:25-cr-544 (PMH)

      :

      Defendant.      :

------------------------------------------------------------x

A status conference is scheduled for June 15, 2026 at 11:00 a.m. in Courtroom 520. The Government shall file a proposed order to exclude time under the Speedy Trial Act.

By June 10, 2026, the parties shall notify the Court if the status conference should be converted to a change of plea hearing and, if so, provide a copy of any revised plea agreement.

**SO ORDERED:**

Dated: White Plains, New York
      May 28, 2026

_____

Philip M. Halpern
United States District Judge