UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA               :

                                       SUPERSEDING INFORMATION

        - v. -               :     S1 25 Cr. 544 (PMH)

JOHN TOWERS,                           :

                Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## COUNT ONE
### (Receipt and Distribution of Child Pornography)

The United States Attorney charges:

1.    From at least in or about June 2023, up to and including at least in or about December 10, 2023, in the Southern District of New York and elsewhere, JOHN TOWERS, the defendant, knowingly received and distributed material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, TOWERS, while in Putnam County, New York, downloaded files containing child pornography from the internet.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

## COUNT TWO
### (Possession of Child Pornography)

The United States Attorney further charges:

2.    Between at least on or about July 24, 2018, up to and including at least on or about December 9, 2019, in the Southern District of New York, JOHN TOWERS, the

defendant, knowingly possessed and attempted to possess, and knowingly accessed with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material containing an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, TOWERS, while in Putnam County, New York, possessed and attempted to possess images of child pornography, including images of child pornography involving prepubescent children and minors who had not attained 12 years of age, that he obtained and sought to obtain by placing hidden cameras in a public bathroom in Putnam County, New York and then downloading and saving the files on his computer.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

## COUNT THREE
(Possession of Child Pornography)

The United States Attorney further charges:

3.    On or about March 29, 2024, in the Southern District of New York, JOHN TOWERS, the defendant, knowingly possessed, and knowingly accessed with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material containing an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, TOWERS, while at his residence in Putnam County, New York, possessed on his computer, cellphone and various DVDs, images of child

pornography, including images of child pornography involving prepubescent children and minors who had not attained 12 years of age, that he downloaded from the internet.

(Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)

<u>FORFEITURE ALLEGATION</u>

4.     As a result of committing the offenses alleged in Counts One, Two and Three of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses and the following specific property:

a. A Dell Desktop all in one computer with serial number 8CC8190TB;

b. A Samsung cell-phone model SM-S916U with IMEI Number 354491411127361;

c. Three black hidden camera pens, in the custody of Putnam County Sheriff's Office, marked as Item #6, Item # 7, and Item # 12 of Case 24-02472;

d. A black button camera labeled "CMS64," in the custody of Putnam County Sheriff's Office, marked as Item #8.1 of case 24-02472;

e. A black button camera labeled "kde0" in the custody of Putnam County Sheriff's Office and marked as Item #8.3 of case 24-02472;

f. Four black button cameras with no labels in the custody of Putnam County Sheriff's Office and marked as Item #16 of case 24-02472;

g. A black mini camera, in the custody of Putnam County Sheriff's Office, marked as Item #18 of case 24-02472;

h. A black button camera, in the custody of Putnam County Sheriff's Office, marked as Item #8.2 of case 24-02472

Substitute Assets Provision

5.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a)      cannot be located upon the exercise of due diligence;

b)      has been transferred or sold to, or deposited with, a third person;

c)      has been placed beyond the jurisdiction of the Court;

d)      has been substantially diminished in value; or

e)      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney