UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHN TOWERS,

Defendant.

**WAIVER OF INDICTMENT**

S1 25 Cr. 544 (PMH)

```
COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 25cc 544
DATE: 6/15/26
PENGAD 800-631-6989
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 2252A(a)(2)(B) and (b)(1) and Title 18, United States Code, Section 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), and being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

JOHN TOWERS
Defendant

Witness

MICHAEL BURKE, ESQ.
Attorney for Defendant

Dated: White Plains, New York
      June 15, 2026